# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139856(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES V. FACKELMAN,
      Defendant-Appellant.

_____

SC: 139856
COA: 284512
Monroe CC: 07-036291-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief is considered and, it appearing the brief was filed July 27, 2010, the time for filing is extended to that date.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk